**J. IANDOLO LAW**

7621 13th Avenue, Brooklyn NY 11228
718.303.0802 Office
718.395.1732 Fax
J.Iandolo@jiandololaw.com

January 23, 2020

Via ECF
Honorable William H. Pauley III
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, 20B
New York, NY 10007

    Re:    Adjournment of Sentencing scheduled for January 30, 2019
            United States of America v. Ricardo Taboada eta al
            19 CR. 117

Dear Honorable William H. Pauley III,

      On consent of the Assigned United States Attorney, Daniel Wolf, the parties hereto respectfully seek an adjournment of the scheduled, January 30, 2020 sentencing of Ricardo Taboada. The parties hereto are awaiting additional information pertaining to the actual "loss amount," as referenced in the Ricardo Taboada's PSR page 8.

      Defense believes that the aforesaid information is vital to sentencing, and after conferring with the Government, believes that the information should be readily available within sixty days. In light of the information provided, and with the assistance of your clerk, the parties have agreed on a date of April 2, 2020.

      Additionally, Defense counsel respectfully requests leave to file a supplemental sentencing memorandum once the additional information is received, pertaining to the loss amount, due on March 19, 2020, and a week thereafter on March 26, 2020, that the Governments sentencing memorandum will be due.

      If you have any questions and or concerns, please feel free to contact the undersigned at your earliest at 718.303.0802.

Sincerely,

Jeremy M. Iandolo

Application granted.  Sentencing adjourned to April 2, 2020 at 11:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

January 27, 2020