UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

    -against-                                          :            19 Cr. 117 (WHP)

RICARDO TABOADA,                                    :            ORDER
                        Defendant.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court directs the Government to respond to ECF #87 on April 1, 2020 by 5:00 p.m. This Court will hold a teleconference on April 2, 2020 at 2:30 p.m. regarding defendant's application for release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       March 31, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.