**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2020

**BY ECF and EMAIL**
The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Ricardo Taboada*, 19 Cr. 117 (WHP)

Dear Judge Pauley:

    Enclosed please find for the Court's consideration a stipulation and proposed order allowing the Federal Defenders of New York to facilitate the signing of a personal recognizance bond by Ricardo Taboada, the defendant. Please note the version of the enclosure filed on ECF redacts the street address of the residence where the defendant will be confined for home incarceration.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    by: /s/
    Daniel H. Wolf
    Assistant United States Attorney
    (212) 637-2337

cc:    Jeremy Iandolo (by ECF and email)