

**J. IANDOLO LAW**

*7621 13th Avenue, Brooklyn NY 11228*
*718.303.0802   Office*
*718.395.1732   Fax*
*jiandolo@jiandololaw.com*

Application granted.  Sentencing
adjourned to July 8, 2020 at 3:30
p.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

May 7, 2020

<u>VIA ECF</u>
Honorable William H. Pauley III
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, 20B
New York, NY 10007

Re:     **Adjournment of Sentencing Scheduled for May 27, 2020**
        **United States of America v. Ricardo Taboada et al.**
        **19 CR. 117**

Dear Honorable William H. Pauley III,

        With consent of the Assistant United States Attorney, Daniel Wolf, the parties hereto respectfully seek an adjournment of the scheduled, May 27, 2020 sentencing of Ricardo Taboada, due to the current COVID -19 pandemic. The adjournment is to ensure the wellbeing of all involved.  Thus, the parties propose an adjourn date of July 7, 2020.

        If requested adjournment is granted by this Court, Taboada shall file his supplemental sentencing memorandum by June 17, 2020 and a week thereafter, on June 24, 2010 the Government's sentencing memorandum will be due.

        If you have any questions and/or concerns, please feel free to contact me at your earliest, via my cell at 917.397.1577 or by email at jiandolo@jiandololaw.com.

                                Sincerely,
                                /s/
                                Jeremy M. Iandolo, Esq.