UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,              :

      -against-                              :        19 Cr. 117 (WHP)

Ricardo Taboada                              :        <u>ORDER</u>

                     Defendants.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      On consent, sentencing is re-scheduled to March 2, 2021 at 11:00 a.m.

Dated: November 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.