UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 117 (WHP) |
| Ricardo Taboada | : | <u>ORDER</u> |
| Defendants. | : | |

-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

       On consent, sentencing is re-scheduled to May 20, 2021 at 2:00 p.m.

Dated: February 26, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.