UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -against- | :   19 Cr. 117 (WHP) |
| Ricardo Taboada | :   <u>ORDER</u> |
| Defendants. | : |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      On consent, sentencing is re-scheduled to July 19, 2021 at 11:00 a.m.

Dated: May 21, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.