U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**
The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Sentencing previously set for September 13, 2021 is RESCHEDULED to September 20, 2021 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. At that time, the Court will also handle the defendant's pending Violation of Supervised Release in 14CR412.
> 9/9/2021
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Ricardo Taboada*, 19 Cr. 117 (LJL)
      *United States v. Ricardo Taboada*, 14 Cr. 412 (LJL)

Dear Judge Liman:

The Government writes, with the consent of the defendant, to request the sentencing in *United States v. Ricardo Taboada*, 19 Cr. 117 (LJL), which is currently scheduled for September 13, 2021, at 2:00 p.m., be adjourned to September 20, 2021, at 3:00 p.m. The Government requests such an adjournment to allow for the defendant to be sentenced in case number 19 Cr. 117 (LJL) on the same day he resolves pending specifications that he violated the terms of his supervised release in case number 14 Cr. 412 (LJL), which is also pending before this Court.

The defendant is awaiting to be sentenced in *United States v. Ricardo Taboada*, 19 Cr. 117 (LJL), in connection with his September 2019 guilty plea to a bank fraud conspiracy. That case was transferred from Judge Pauley to this Court on July 6, 2021.

The defendant also faces pending and unresolved allegations that the conduct underlying his conviction in case number 19 Cr. 117 (LJL) constituted a violation of the conditions of his supervised release in case number 14 Cr. 412 (LJL). On February 19, 2019, shortly after the defendant's arrest in case number 19 Cr. 117 (LJL), the Probation Department filed specifications requesting that a warrant issue to serve as a detainer and alleging the defendant violated the terms of his supervised release that were imposed for his conviction in case number 14 Cr. 412 (LJL) based on the conduct alleged in case number 19 Cr. 117 (LJL). Case number 14 Cr. 412 (LJL) was transferred to this Court on September 1, 2021.

The Government understands that the defendant wishes to resolve the specifications alleged in case number 14 Cr. 412 (LJL) by pleading guilty to them. He is prepared to do so at the next court appearance in either case pending against him, which is currently the sentencing scheduled for September 13, 2021, at 2:00 p.m. in case number 19 Cr. 117 (LJL), but the assigned Probation Officer for the violations in case number 14 Cr. 412 (LJL) is unavailable to appear in Court on that day. The assigned Probation Officer, however, is available to appear in Court on September 20, 2021, at 3:00 p.m.

Accordingly, to allow for the defendant to resolve cases pending against him under case numbers 19 Cr. 117 (LJL) and 14 Cr. 412 (LJL) in the same appearance, and for the assigned Probation Officer to attend that proceeding, the Government respectfully requests the sentencing in case number 19 Cr. 117 (LJL) currently scheduled for September 13, 2021, at 2:00 p.m., be adjourned until September 20, 2021, at 3:00 p.m., and that the specifications pending in case number 14 Cr. 412 (LJL) be taken up at that time.

> Respectfully submitted,
>
> AUDREY STRAUSS
> United States Attorney
>
> by: /s/_____
> Daniel H. Wolf
> Assistant United States Attorney
> (212) 637-2337

cc:   Counsel of record (by ECF)
      U.S. Probation Officer Hildery Huffman (by email)