UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
-v-                                :     19-CR-00117-1 (LJL)
:
RICARDO TABOADA,                           :         ORDER
:
Defendant.             :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has received a letter from the defendant, pro se. The letter has been emailed to both counsel for their review. The Government is ordered to respond to the letter by Wednesday, March 9, 2022 at 5:00PM.

    SO ORDERED.

Dated: March 2, 2022
      New York, New York

                              LEWIS J. LIMAN
                              United States District Judge