```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
      -v-                                                            :    19-CR-00117-1 (LJL)
:
RICARDO TABOADA,                                                   :    <u>ORDER</u>
:
                   Defendant.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a letter from the defendant, pro se, which has been filed at Dkt. No. 152. Medical records were included with Mr. Taboada's letter, which have been emailed to counsel, and will remain under seal. The Government is ordered to respond to the petition for compassionate release by December 23, 2022 at 5:00PM.

      SO ORDERED.

Dated: December 14, 2022
       New York, New York                        _____
                                                               LEWIS J. LIMAN
                                                        United States District Judge