UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,           :
:
     -v-                              :      19-CR-117-1 (LJL)
:
RICARDO TABOADA,                     :      ORDER
:
     Defendant.                      :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of correspondence from Mr. Taboada. The Clerk of Court is respectfully directed to mail a copy of the order at Dkt. No. 178 to Mr. Taboada at his last known mailing address.

SO ORDERED.

Dated: April 3, 2025
      New York, New York

                                  LEWIS J. LIMAN
                             United States District Judge